

# Fourth Court of Appeals
## San Antonio, Texas

November 22, 2016

No. 04-15-00817-CR

William Joe **RHOMER,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9066
Honorable Melisa Skinner, Judge Presiding

### O R D E R

     After this court granted two prior extension of time, the State's brief was due November 21, 2016.  The State has now filed a third motion for extension of time, asking for another thirty days in which to file its brief.  After review, we **GRANT** the State's motion and **ORDER** the State to file its brief in this court on or before December 21, 2016.  The State is advised that no further extension of time to file the brief will be granted absent written proof of extraordinary circumstances.

_Marialyn Barnard_
Marialyn Barnard, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of November, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court